| | |
|---|---|
| 1 | JODI LINKER |
| | Federal Public Defender |
| 2 | Northern District of California |
| | JOYCE LEAVITT |
| 3 | Assistant Federal Public Defender |
| | 13th Floor Federal Building - Suite 1350N |
| 4 | 1301 Clay Street |
| | Oakland, CA 94612 |
| 5 | Telephone:   (510) 637-3500 |
| | Cellular telephone:   (415) 517-4879 |
| 6 | Email:         Joyce_Leavitt@fd.org |

Counsel for Defendant  FRANKLIN

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: CR 91–00556 JSW (DMR) |
| Plaintiff, | **STIPULATION AND ORDER VACATING JUNE 28, 2023, STATUS BEFORE CHIEF MAGISTRATE JUDGE, WAIVING PRELIMINARY HEARING AND CONTINUING MATTER TO AUGUST 15, 2023, AT 1:00 PM BEFORE DISTRICT COURT JUDGE FOR STATUS RE: SUPERVISED RELEASE VIOLATIONS** |
| v. | |
| MICHAEL ANTHONY  FRANKLIN, | |
| Defendant. | |

IT IS HEREBY STIPULATED, by and between the parties to this action that the status appearance on detention and preliminary hearing relating to the Amended Petition for Arrest Warrant for Offender Under Supervision filed May 17, 2005 ("Form 12") in the above referenced case for defendant Michael Anthony Franklin, currently scheduled for June 28, 2023, at 10:30 a.m. before Honorable Chief Magistrate Donna M. Ryu, may be VACATED.

Furthermore, Mr. Franklin has been consulted and through counsel WAIVES his right to a

preliminary hearing in magistrate court and agrees to appear before the district court to address the violations contained in the Form 12.

The reason for the request to vacate the June 28, 2023, status appearance in magistrate court is that Mr. Franklin was released on June 26, 2023 and ordered to go to the Elda House transitional housing in Pittsburg, CA., where he is to remain unless otherwise directed by probation. The parties believe that a further status appearance in magistrate court is unnecessary and are requesting that the matter be vacated before this Court and reset before Honorable Senior Judge Jeffrey S. White on August 15, 2023, at 1:00 pm for status. The parties will file a status report before Judge White no later than August 8, 2023. Supervisory United States Probation Officer Kevin Thomas has been consulted and agrees that the June 28, 2023, date before this Court should be vacated and the matter continued to August 15, 2023, at 1:00 p.m. before the district court judge for status.

IT IS SO STIPULATED.

Dated:  June 27, 2023

JODI LINKER
Federal Public Defender
Northern District of California

_____/S_____
JOYCE LEAVITT
Assistant Federal Public Defender

Dated:  June 27, 2023

ISMAIL R. RAMSEY
United States Attorney
Northern District of California

_____/S_____
ADAM BARKL
Assistant United States Attorney

STIP & ORDER RE: VACATE STATUS, WAIVE PRELIM HRG & CONTINUE TO 8/15/23
*FRANKLIN*, CR 91–00556 JSW (DMR)

2

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>MICHAEL ANTHONY FRANKLIN,<br><br>Defendant. | Case No.: CR 91–00556 JSW (DMR)<br><br>**ORDER VACATING JUNE 28, 2023, STATUS BEFORE CHIEF MAGISTRATE JUDGE, WAIVING PRELIMINARY HEARING AND CONTINUING MATTER TO AUGUST 15, 2023, AT 1:00 PM BEFORE DISTRICT COURT JUDGE FOR STATUS RE: SUPERVISED RELEASE VIOLATIONS** |

GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that the status appearance on detention and preliminary hearing relating to the Amended Petition for Arrest Warrant for Offender Under Supervision filed May 17, 2005 ("Form 12") for defendant Michael Anthony Franklin, scheduled for June 28, 2023, at 10:30 a.m. in this Court is hereby VACATED.

IT IS FURTHER ORDERED that the matter is continued to August 15, 2023, at 1:00 pm before Honorable Senior Judge Jeffrey S. White for status. The Court finds that Mr. Franklin has waived his right to a preliminary hearing based on the representations of defense counsel. The parties shall file a status report in this case by August 8, 2023.

IT IS SO ORDERED.

Dated:   June 27, 2023

HON. DONNA M. RYU
Chief United States Magistrate Judge

ORDER RE: VACATE STATUS, WAIVE PRELIM HRG & CONTINUE TO 8/15/23
*FRANKLIN*, CR 91–00556 JSW (DMR)

1